**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH CURTIS EDMONDSON, et ) <br> al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: CV 15-7210 DSF (SSx) <br><br><br> JUDGMENT |

The Court having granted remaining Defendant Michael Colello's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant Michael Colello recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/6/16

_____
Dale S. Fischer
United States District Judge